UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CERTAIN UNDERWRITERS AT LLOYDS, : 21-Cv-804 (SHS)
LONDON subscribing to policies B0595XN5014017,
B0595XN5015017, B0595XN5014018 and
B0595XR5542018, :

                     Plaintiff, :

       -v- :         ORDER

MONSTER CONCRETE INC., *ET AL.*, :

                  Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The initial pretrial conference having been held today via telephone, with counsel for plaintiff participating, and counsel for Omnibuild Construction Inc., Cava Construction, and 510 West 22nd Street Owner LLC participating,

    IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is December 21, 2021; and

2. There will be a status conference on November 10, 2021, at 2:00 p.m.

Dated: New York, New York
        July 23, 2021

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.