UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CERTAIN UNDERWRITERS AT LLOYDS, : 21-Cv-804 (SHS)
LONDON subscribing to policies B0595XN5014017,
B0595XN5015017, B0595XN5014018 and :
B0595XR5542018,
:
               Plaintiff,
:
    -v-                                 ORDER
:
MONSTER CONCRETE INC., *ET AL.*,
:
               Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the time of the status teleconference on November 10, 2021, at 2:00 p.m. is moved up to 11:00 a.m. The parties shall dial 888-273-3658 and use access code 7004275 to join the call.

Dated: New York, New York
          November 8, 2021

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.