UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CERTAIN UNDERWRITERS AT LLOYDS,  :    21-Cv-804 (SHS)
LONDON subscribing to policies B0595XN5014017,
B0595XN5015017, B0595XN5014018 and        :
B0595XR5542018,
                                                                    :
            Plaintiff,
                                                                    :
        -v-                                              ORDER
                                                                    :
MONSTER CONCRETE INC., *ET AL.*,
                                                                    :
            Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A status conference having been held today via telephone, with counsel for plaintiff participating, and counsel for certain defendants participating,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of fact discovery is March 11, 2022;

    2.    The parties will attempt to stipulate to a briefing schedule on or before March 11, 2022;

    3.    If no motions are made, the parties shall notify the Court in writing to schedule a pretrial conference.

Dated: New York, New York
       November 10, 2021

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.