UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CERTAIN UNDERWRITERS AT LLOYDS,        :        21-Cv-804 (SHS)
LONDON subscribing to policies B0595XN5014017,
B0595XN5015017, B0595XN5014018 and     :
B0595XR5542018,
                                        :
                Plaintiff,
                                        :
        -v-                                     ORDER
                                        :
MONSTER CONCRETE INC., *ET AL.*,
                                        :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A status conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is extended to August 11, 2022;

2. There will be a status conference by telephone on August 11, 2022, at 10:00 a.m.;

3. There will be no extensions of the above dates; and

3. Any discovery disputes shall be brought to the Court's attention, in writing, far enough in advance of August 11, 2022, in order for the dispute to be adjudicated and any necessary discovery taken before the close of discovery on August 11, 2022.

Dated: New York, New York
       June 14, 2022

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.