UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CERTAIN UNDERWRITERS AT LLOYDS,  :   21-Cv-804 (SHS)
LONDON subscribing to policies B0595XN5014017,
B0595XN5015017, B0595XN5014018 and  :
B0595XR5542018,
                                 :   ORDER
                Plaintiff,
                                 :
        -v-
                                 :
MONSTER CONCRETE INC., *ET AL.*,
                                 :
                Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A status conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for declaratory judgment shall be filed on or before September 30, 2022;

    2.    Defendants' opposition is due on or before October 28, 2022;

    3.    Plaintiff's reply to its motion is due on or before November 18, 2022;

    4.    Defendants may file a sur-reply on or before November 28, 2022; and

    5.    The Court will hear argument on the motion on December 15, 2022, at 10:00 a.m. in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       August 11, 2022

                                                          SO ORDERED:

                                                        Sidney H. Stein, U.S.D.J.